```
THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403
Attorneys for WM Properties, Ltd.,
Debtor and debtor-in-possession

LEONARD M. ROSS (SBN 43859)
1011 ½ North Beverly Drive
Beverly Hills, California 90210
Telephone: (310) 271-9660
Facsimile: (310) 271-9662
Email: lross@rb-law.net
In Pro Per
```

**FILED & ENTERED**

**APR 14 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| ROSSCO MP PROPERTIES COMPANY, LLC; and WM PROPERTIES, LTD., <br><br>       Plaintiffs, <br><br>    v. <br><br> SERGEY GRISHIN; EL FUREIDIS, LLC,; and DOES 1 through 10, inclusive, <br><br>       Defendants. <br><hr> EL FUREIDIS, LLC, <br><br>       Cross-Complainant, <br><br>    v. <br><br> ROSSCO MP PROPERTIES COMPANY, LLC; LEONARD M. ROSS; and DOES 1-100 inclusive, <br><br>       Cross-Defendants. <br><hr> In re: <br><br> LEONARD M. ROSS, <br><br>       Debtor. | **Adversary Proc. No. 2:11-ap-01789-VZ** <br><br> **Chapter 11 Case No. 2:10-bk-49358-VZ** <br><br> Chapter 11 <br><br> **ORDER APPROVING STIPULATION TO REMAND STATE COURT ACTION AND STRIKE CERTAIN CLAIMS FROM CROSS-COMPLAINT AS VOID PURSUANT TO 11 U.S.C. § 362** |

**The Creditors' Law Group, a Professional Corporation**
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

1    This Court having received and reviewed the Stipulation to Remand State Court Action and
2    Strike Certain Claims from Cross-Complaint as Void Pursuant to 11 U.S.C. § 362 (the "Stipulation")
3    entered into between WM Properties, Ltd. ("WM Properties"), Leonard M. Ross ("Ross"), El
4    Fureidis, LLC ("El Fureidis") and Sergey Grishin ("Grishin"), requesting: (i) that the state court
5    action filed on August 13, 2010, in the Superior Court for the State of California, Santa Barbara
6    Division (the "State Court"), as *Rossco MP Properties Co., LLC v. El Fureidis, LLC*, and
7    subsequently removed to this Court on or about March 11, 2011, as adversary proceeding no. 2:11-
8    ap-01789-VZ (the "State Court Action") be remanded to state court, and (ii) that cross-claims filed
9    by El Fureidis against Ross in the *Cross-Complaint (1) Breach of Contract; (2) Breach of the*
10   *Covenant of Good Faith and Fair Dealing; (3) Fraud (Concealment"); (4) Fraud (Intentional*
11   *Misrepresentation); and (5) Negligent Misrepresentation* (the "Cross-Complaint") filed by El
12   Fureidis in the State Court Action on December 22, 2010 be dismissed with prejudice on the grounds
13   that they were filed in violation of 11 U.S.C. § 362;

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that t**he Stipulation is
approved.

DATED: April 14, 2011

*/s/ Vincent P. Zurzolo*
United States Bankruptcy Judge

| In re:<br>WM PROPERTIES, LTD.                                      Debtor. | CHAPTER: 11<br>CASE NUMBER: 2:10-bk-55947-VZ |
|---|---|
| ROSSCO MP PROPERTIES CO., LLC et al. v. GRISHIN et al. | ADV. PROC. No. 2:11-ap-01789-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
   2301 Hyperion Avenue, Ste. A
   Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO REMAND STATE COURT ACTION AND STRIKE CERTAIN CLAIMS FROM CROSS-COMPLAINT AS VOID PURSUANT TO 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   April 7, 2011 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Honorable Vincent Zurzolo (Fedex)<br>United States Bankruptcy Court<br>255 E. Temple St., Suite 1360<br>Los Angeles, CA  90012 | United States Trustee's Office (Fedex)<br>725 Figueroa St., 26th Floor<br>Los Angeles, CA  90017 | Sergey Grishin and El Fureidis, LLC<br>c/o Law Offices of Matthew Mazza<br>105 East De La Guerra Street, Suite 1<br>Santa Barbara, CA  93101 |

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | David J. Richardson | /s/ David J. Richardson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re:<br>WM PROPERTIES, LTD.                                            Debtor.<br><br>ROSSCO MP PROPERTIES CO., LLC et al. v. GRISHIN et al. | CHAPTER: 11<br>CASE NUMBER: 2:10-bk-55947-VZ<br>ADV. PROC. No. 2:11-ap-01789-VZ |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO REMAND STATE COURT ACTION AND STRIKE CERTAIN CLAIMS FROM CROSS-COMPLAINT AS VOID PURSUANT TO 11 U.S.C. § 362** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 7, 2011    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David J Richardson - djr@thecreditorslawgroup.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

WM Properties, Ltd.
1011 ½ Beverly Dr.
Beverly Hills, CA  90210-2328

Sergey Grishin and El Fureidis, LLC
c/o Law Offices of Matthew Mazza
105 East De La Guerra Street, Suite 1
Santa Barbara, CA  93101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            **F 9021-1.1**